STATE OF MAINE                                    SUPERIOR COURT
OXFORD, ss.                                       CIVIL ACTION
                                                  DOCKET NO. CV-23-34

ANTHONY TOWNSEND,                    )
                                     )
            Plaintiffs               )
                                     )
      v.                             )            JUDGMENT
                                     )
MICHAEL OSBORNE, individually and as )
Personal Representative of the Estate of Patricia )
Pease,                               )
                                     )
            Defendants               )

This matter came before the Court for a damages hearing on January 29, 2024, the

Defendants' default having been entered on November 29, 2023. Plaintiff Anthony Townsend

appeared and was represented by Erica Connolly, Esq. The Defendants failed to appear. The

Plaintiff gave very brief testimony in support of damages, and counsel made argument. The Court

then took the matter under advisement.

Count I of the Complaint seeks damages in the amount of $12,905.32, which damages were

proven by the Plaintiff. The Plaintiff also argued through counsel that the Court should apply

Massachusetts General Law 93A and award him triple damages. As there is no basis for

application of the law or the award of triple damages, that request is denied.[1]

The Court enters judgment for the Defendants on the remaining counts of the Complaint.

The Plaintiff's fraud claim (Count II) is based upon the Defendants' failure to perform. The

"breach of a promise to do something in the future will not support an action of deceit, even though

there may have been a preconceived intention not to perform." *Boivin v. Jones & Vining, Inc.*, 578

---

[1] The Court cautions counsel to limit its arguments and requests for relief to those that have an actual basis in the law. The mere fact that a party was defaulted does not give the Plaintiff license to make specious requests for relief.

1

A.2d 187, 188 (Me. 1990) (quoting *Shine v. Dodge*, 130 Me. 440, 443, 157 A. 318 (1931)). The Court enters judgment for the Defendants on Count II of the Complaint.

The Court's entry of judgment on the breach of contract claim precludes the Plaintiff's recovery on its unjust enrichment claim. *See Cummings v. Bean*, 2004 ME 93, ¶ 9, 853 A.2d 221. Court therefore enters judgment for the Defendants on Count III. Likewise, as the Plaintiff's conversion claim is an alternative claim for relief to his breach of contract claim and the Plaintiff has a contract remedy for his damage, he is barred from recovering on Count IV of the Complaint. *See Innovative Network Sols., Inc. v. Onestar Communications, LLC*, 283 F. Supp. 2d 295, 301 (D. Me. 2003); *Riley v. Gilmore*, 2006 WL 5255497 (Me. Super. Feb. 1, 2006). The Court therefore enters judgment for the Defendants on Count IV.

Last, the Plaintiff seeks damages for intentional infliction of emotional distress. The Plaintiff presented no damages evidence in support of this claim. As there is no independent tortious conduct and no evidence as to damages, the Court enters judgment for the Defendants on Count V of the Complaint. *See Stull v. First Am. Title Ins. Co.*, 2000 ME 21, ¶ 14, 745 A.2d 975.

The entry is:

1. Judgment is entered in favor of the Plaintiff and against the Defendants on Count I of the Complaint in the amount of $12,905.32, plus interest and costs.

2. Judgment is entered in favor of the Defendants and against the Plaintiff on Counts II, III, IV, and V of the Complaint.

Pursuant to M.R. Civ. P. 79(a), the Clerk is directed to enter this Judgment on the civil docket by a notation incorporating it by reference.

Date:   February 7, 2024

_____
Jennifer A. Archer
Justice, Maine Superior Court

2

## V. M.R. Civ. P. 16B ALTERNATIVE DISPUTE RESOLUTION (ADR)

☐ I certify that pursuant to M.R. Civ. P. 16B(b), this case is exempt from a required ADR process because ("X" one box below):

    ☐ It falls within an exemption listed above (it is an appeal or an action for non-payment of a note in a secured transaction).

    ☐ The plaintiff or defendant is incarcerated in a local, state, or federal facility.

    ☐ The parties have participated in a statutory pre-litigation screening panel process with (name of panel chair) _____ that concluded on (date of panel finding - mm/dd/yyyy) _____.

    ☐ The parties have participated in a formal ADR process with (name of neutral) _____ on (date – mm/dd/yyyy) _____.

    ☐ The plaintiff's likely damages will not exceed $30,000, and the plaintiff requests an exemption.

    ☐ The action does not include ADR pursuant to M.R. Civ. P. 16(a)(1).

    ☐ There is other good cause for an exemption and the plaintiff has filed a motion for exemption.

## VI. PARTY AND ATTORNEY CONTACT INFORMATION

*If you need additional space, list additional parties on an attachment and note "see attachment" in the appropriate section.*

> **Please note:** If a party is a government agency, use the full agency name or the standard abbreviation. If the party is an official within a government agency, identify the agency first and then the official, giving both name and title.

### (a) PLAINTIFF(S)

*("X" the box below to indicate the party type associated with the filing)*

☒ Plaintiff(s)
☐ Third-Party Plaintiff(s)
☐ Counterclaim Plaintiff(s)
☐ Cross-Claim Plaintiff(s)

Is the plaintiff a prisoner in a local, state, or federal facility? ☐ Yes ☒ No

Name (first, middle initial, last): Anthony Townsend
Mailing address (include county): 493 Ossipee Trail
Porter, ME 04068
Telephone: 207-256-2721
Email: firefighter69bfr@yahoo.com

Name (first, middle initial, last): _____
Mailing address (include county): _____

Telephone: _____
Email: _____

### (b) ATTORNEY(S) FOR PLAINTIFF(S)

If there are multiple attorneys, indicate the lead attorney. *If all counsel do not represent ALL plaintiffs, specify which plaintiff(s) the listed attorney(s) represents.*

Name and bar number: Brooke Bailey, Esq. #6760
Firm name: Legal-Ease, LLC, P.A.
Mailing Address: 198 Maine Mall Road, Box #2
South Portland, ME 04106
Telephone: 207-805-0055
Email: bbailey@legal-ease.com

> **ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
> **Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

Name and bar number: Jeffrey Bennett, Esq. #7223

Firm name: Legal-Ease, LLC, P.A.

Mailing Address: 198 Maine Mall Road, Box #2

South Portland, ME 04106

Telephone: 207-805-0055

Email: jbennett@legal-ease.com

## (c) DEFENDANT(S)

*("X" the box below to indicate the party type associated with the filing)*

☒ Defendant(s)

☐ Third-Party Defendant(s)

☐ Counterclaim Defendant(s)

☐ Cross-Claim Defendant(s)

Is the defendant a prisoner in a local, state, or federal facility? ☐ Yes ☒ No

Name (*first, middle initial, last*): Michael Osborne

Mailing address (*include county*): 30 Happy Acres Drive

Shirley, NY 11967

Telephone: 631-303-1100

Email:

Name (*first, middle initial, last*):

Mailing address (*include county*):

Telephone:

Email:

## (d) ATTORNEY(S) FOR DEFENDANT(S)

If there are multiple attorneys, indicate the lead attorney. *If all counsel do not represent ALL defendants, specify which defendant(s) the listed attorney(s) represents.*

Name and bar number:

Firm name:

Mailing Address:

Telephone:

Email:

Name and bar number:

Firm name:

Mailing Address:

Telephone:

Email:

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.

**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.